**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANDEEP SINGH, | No. 11-70797 |
| Petitioner, | Agency No. A097-114-862 |
| v. | |
| ERIC H. HOLDER, JR., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 9, 2014
San Francisco, California

Before: SCHROEDER, GRABER, and BYBEE, Circuit Judges.

Petitioner Mandeep Singh, a native and citizen of India, petitions for review

of the decision of the Board of Immigration Appeals ("BIA") denying his

application for asylum, withholding of removal, and protection under the

Convention Against Torture ("CAT"). We deny the petition.

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Substantial evidence supports the BIA's determination that Singh could safely and reasonably relocate within India. *See* 8 C.F.R. §§ 1208.13(b)(1), 1208.16(b)(1). The country reports indicate that the Punjabi police would not pursue a non-militant, rank-and-file AISSF member like Singh outside the Punjab region, and that the national authorities would have no interest in someone with Singh's background. Sikhs may practice their religion without restriction in every state, and there are substantial Sikh communities throughout India where Singh and his family could reside.

Because substantial evidence supports the BIA's determination regarding relocation, substantial evidence also supports the BIA's denial of CAT relief. *See* 8 C.F.R. § 1208.16(c)(3)(ii), (iv).

**PETITION DENIED**.